AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| PAUL BATEMAN | ) | 19-mj-4546-DHH |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  12/12/18-12/12/19  in the county of  Plymouth  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | possession of child pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Gregory D. Squire.

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory D. Squire, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/12/2019

*Judge's signature*

City and state: Boston, Massachusetts    Hon. David H. Hennessy, Chief U.S. Magistrate Judge
*Printed name and title*