AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Paul Bateman | ) Case No. 19-mj-4546 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/17/2019

_____
Defendant's signature

_____
Signature of defendant's attorney

Brendan Kelley   MA 569054
Printed name and bar number of defendant's attorney

51 Sleeper St.
Address of defendant's attorney

brendan_kelley@fd.org
E-mail address of defendant's attorney

617-223-8061
Telephone number of defendant's attorney

617-223-8080
FAX number of defendant's attorney

