JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.** II        **Investigating Agency** HSI

**City** Bridgewater                   **Related Case Information:**

**County** Plymouth                    Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number   19-mj-4546-DHH
                                       Search Warrant Case Number     19-mj-4539-DHH
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Paul Bateman        Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Bridgewater, MA

Birth date (Yr only): 1973   SSN (last4#): 6154   Sex: M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** Brendan Kelley   **Address** Federal Defender's Office

**Bar Number** _____                         55 Sleeper Street
                                               Boston, MA

**U.S. Attorney Information:**

**AUSA** Anne Paruti, Mackenzie Queenin   **Bar Number if applicable** 670356, 688114

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested         ☑ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date** 12/12/2019

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: J. Hennessy   on   12/19/2019

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/16/2020        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Paul Bateman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | 18 U.S.C. § 2253 | Criminal forfeiture allegation | - |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____