UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       v.                                                 )<br>                                                        ) Crim. No. 1:20-cr-10012-IT<br>PAUL BATEMAN                            )<br>                                                        )<br>       Defendant                            ) | |

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

The United States of America, by its attorneys Andrew E. Lelling, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys Anne Paruti and Mackenzie Queenin, and Brendan Kelley, counsel for defendant Paul Bateman (the "defendant"), file this Joint Memorandum Pursuant to Local Rule 116.5(a) and state as follows:

1. The government made its initial automatic discovery production on February 24, 2020 pursuant to Local Rule 116.1.  At present, there are no pending discovery requests; however, counsel reserves the right to request additional discovery at a later date to be set by the Court after counsel's review of materials produced to date has progressed further.  The government understands that it has an ongoing and continuing duty to produce discovery.

2. The government is assisting the defendant's counsel with scheduling a time to review forensic materials.

3. The parties believe that it is too early to establish a motions date and request that a motions date be set at the next status conference.

4. The parties request that the government and defendant's expert disclosures, if any, be due 28 days before trial.

5. The parties jointly and respectfully request that the instant report be considered in lieu of an initial status conference, and request an interim status conference in approximately 30 days, subject to the Court's availability.

6. The parties agree to continue to exclude the time from the date of the currently scheduled status conference, March 9, 2020, through and including the date of the next interim status conference, under the Speedy Trial Act. The parties agree that the ends of justice served by excluding the time period between March 9, 2020 and the interim status conference outweigh the interest of the public and the defendant in a speedy trial, and request that it be excluded pursuant to 18 U.S.C. § 3161(h)(7)(a).

Respectfully submitted,

| For Defendant | For the United States |
|---|---|
| */s/ Brendan Kelley* | ANDREW E. LELLING |
| Brendan Kelley | United States Attorney |
| Federal Defender's Office | |
| 51 Sleeper Street | By: */s/ Mackenzie Queenin* |
| Boston, MA 02110 | Anne Paruti |
| | Mackenzie A. Queenin |
| | Assistant U.S. Attorney |

Dated: March 4, 2020

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Mackenzie Queenin*
> Mackenzie Queenin
> Assistant United States Attorney

Date:  March 4, 2020