**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**ORDER RE: APPEARANCE OF COUNSEL BY TELEPHONE**

**Hennessy, M.J.**

Because of the Coronavirus Public Emergency and in furtherance of the General Orders of this Court concerning trials and other proceedings (see General Order 20-1 – General Order 20-6), unless otherwise noted, the Court will expect counsel to appear by telephone (or video in the appropriate circumstances) for all civil proceedings and criminal status conferences.  During these telephonic and/or video proceedings, counsel are reminded of their obligation to the Court to ensure that an accurate record of the proceedings is kept.   In furtherance of that obligation, these telephonic/video appearances are subject to the following requirements:

1. To the extent that you can call on a land line, PLEASE DO. It greatly enhances the quality of the transmission.

2. Do not use the speaker function.

3. Do not enable, or use a voice activated system.

4. Use the mute function unless you are speaking.

5. Pause before speaking so you are not talking over another participant.

6. Identify yourself each time that you speak.

7. Speak slowly.

In the case of a criminal status conference, if the parties file a joint memorandum that addresses each agenda item set for in the applicable subsection

of Local Rule 116.5, and includes an agreement on excludable time, the Court will waive the status conference.

**So Ordered.**
/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge
Dated: March 25, 2020