UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 20-10012-IT |
| PAUL BATEMAN, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

### REPORT AFTER FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

December 1, 2020

Hennessy, M.J.

Defendant is charged in an indictment with one count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Defendant was arraigned on January 27, 2020. I held a final status conference on December 1, 2020 in Worcester which the parties attended by telephone. At the Final Status Conference, the parties jointly moved for a Rule 11 hearing in sixty days. The motion is allowed. I report as follows:

**Local Rule 116.5(c)(1) and (3)**

The Defendant requests that the case be transferred to the district judge for a Rule 11 hearing. The parties request that the Rule 11 hearing be held in approximately 60 days. The file

2

is ordered transferred to District Judge Talwani.  Defendant anticipates pleading guilty without an agreement.  Defendant is released on conditions.

      / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge