**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-10012-IT |
| | ) | |
| | ) | |
| PAUL BATEMAN | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit

Assistant Federal Public Defender Colin Fieman pro hac vice to represent defendant, Paul

Bateman, as co-counsel to undersigned counsel. Mr. Fieman is an Assistant Federal Public

Defender in the Office of the Federal Public Defender in the Western District of Washington,

and is admitted to practice and a member in good standing in the state of Washington, as stated

in his affidavit, attached hereto.

> Respectfully submitted,
> PAUL BATEMAN
> By his Attorney,
> */s/ Brendan Kelley*
> Brendan Kelley, B.B.O.# 569054
> Assistant Federal Public Defender
> Federal Public Defender Office
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Brendan Kelley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 1, 2021.

> */s/ Brendan Kelley*
> Brendan Kelley