## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>PAUL BATEMAN                          )<br>) | Docket No. 19-cr-10012-IT |

I, Colin Fieman, hereby state the following under the pains and penalties of perjury:

1. I am an attorney admitted to practice law in the state of Washington and in the United States District Court for the Western District of Washington, and I am a member in good standing in those jurisdictions.

2. I am Senior Litigator with the Federal Public Defender's Office for the Western District of Washington.

3. I have received approval for out-of-district appointment in this case from the Defender Services Office and Chief Judge Sidney R. Thomas of the Ninth Circuit Court of Appeals. The Defender Services Office has also informed me that on February 1, 2021, it provided written notification of the request for my appointment to First Circuit Chief Judge Jeffrey R. Howard, and the same day Judge Howard responded that he had no questions or concerns about the appointment.

4. I have never been the subject of any disciplinary proceedings and there are none against me.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*Colin Fieman*
Colin Fieman

Dated:  February 17, 2021