JUDGE INDIRA TALWANI

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL BATEMAN,<br><br>　　　　Defendant. | No. CR20-10012-IT<br><br>NOTICE OF APPEARANCE OF COUNSEL |

NOTICE IS HEREBY GIVEN that Assistant Federal Public Defender Colin Fieman appears as counsel for Paul Bateman. It is requested that notice of all filings be served upon the undersigned.

DATED this 3rd day of March, 2021.

Respectfully submitted,

s/ *Colin Fieman*
Colin Fieman, WSBA #40412
Assistant Federal Public Defender
Attorney for Paul Bateman

Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, WA 98402
Phone: (253) 593-6710
Email: Colin_Fieman@fd.org

NOTICE OF APPEARANCE
(*United States v. Bateman;* CR20-10012-IT) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710