## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No:  20-CR-10012-IT |
| ) | |
| PAUL BATEMAN,       ) | |
| Defendant.     ) | |

### ASSENTED-TO MOTION FOR EXCLUSION OF TIME
### UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to exclude the time period from February 25, 2021 through and including April 12, 2021 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

In support of this request, the government states that a status conference was held on February 25, 2021.  During this conference, the parties reported on the status of ongoing exchange of discovery, which the defendant requested, and, with the agreement of the parties, the Court scheduled a further status conference for April 12, 2021.  Both parties agreed to exclude the time from the Speedy Trial Act through that date.  The parties jointly agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  Counsel for the defendant assents to this motion, which the government files to memorialize the in-court agreement.

                                              Respectfully submitted,

                                              NATHANIEL R. MENDELL
                                              Acting United States Attorney

                                         By:  /s/ Anne Paruti_____
                                              Anne Paruti
Date:  April 1, 2021                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

     I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ Anne Paruti_____
                                              Assistant United States Attorney

Dated: April 1, 2021