# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 20-CR-10012-IT |
| ) | |
| PAUL BATEMAN, ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of excludable delay, the Court finds as follows:

1. The parties have filed a joint motion for excludable delay requesting that the time between February 25, 2021 through April 12, 2021, the date of the next status conference, be excluded under the Speedy Trial Act.

2. At the status conference on February 25, 2021, the government requested that above-referenced time period be excluded under the Speedy Trial Act. The defendant, through his counsel, assented to this request. As of this date, there have been no periods of non-excludable delay.

3. The parties have indicated that they are in the process of exchanging additional discovery, which was requested by the defense. A further status conference has been set for April 12, 2021.

4. I find that the ends of justice served by granting the joint motion for excludable delay outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §316l(h)(7)(A).

Accordingly, the Court hereby grants the parties' joint motion and ORDERS that the period from February 25, 2021 through and including April 12, 2021 is excluded from the speedy trial clock.

/s/ Indira Talwani
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

4/5/2021

- 2 -