## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:  20-CR-10012-IT |
| ) | |
| PAUL BATEMAN, ) | |
| Defendant. ) | |

### ORDER OF EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of excludable delay, the Court finds as follows:

1. The parties have filed a joint motion for excludable delay requesting that the time between April 12, 2021 through May 24, 2021, the date by which any motion to compel discovery must be filed, be excluded under the Speedy Trial Act.

2. At the status conference on April 12, 2021, the government requested that the above-referenced time period be excluded under the Speedy Trial Act. The defendant, through his counsel, assented to this request. As of this date, there have been no periods of non-excludable delay.

3. The parties have indicated that they are in the process of exchanging discovery letters and forecast the likelihood that the defense would file a motion to compel discovery. This Court adopted the parties' suggested filing schedule and ordered that any motion to compel discovery be filed on or before May 24, 2021.

4. I find that the ends of justice served by granting the joint motion for excludable delay outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §316l(h)(7)(A).

Accordingly, the Court hereby grants the parties' joint motion and ORDERS that the period from April 12, 2021 through and including May 24, 2021 is excluded from the speedy trial clock.

                                              /s/ Indira Talwani
                                              HONORABLE INDIRA TALWANI
                                              UNITED STATES DISTRICT JUDGE

Dated: 4/14/2021