# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) Docket No.: 20-cr-10012-IT | |
| ) | |
| PAUL BATEMAN ) | |

## DEFENDANT'S REQUEST TO FILE MOTION TO COMPEL DISCOVERY UNDER SEAL

Now comes the defendant Paul Bateman and requests that the Court allow the defendant to file his Motion to Compel Discovery and supporting exhibits under seal.

In support of this motion, the defendant states that his request is consistent with ¶5 of the protective order approved by Magistrate Judge Hennessey in this case on February 25, 2020. [Dkt. 20].

                                                                     Respectfully submitted,
                                                                     PAUL BATEMAN,

                                                                     By his Attorney,

                                                                    */s/ Brendan Kelley*
                                                                    Brendan Kelley
                                                                     B.B.O.: 569054
                                                                   Assistant Federal Public Defender
                                                                   Federal Public Defender Office
                                                                   51 Sleeper Street, 5th Floor
                                                                   Boston, MA 02210
                                                                   Tel: 617-223-8061

May 24, 2021

## **CERTIFICATE OF SERVICE**

    I, Brendan Kelley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 24, 2021.

                                       */s/ Brendan Kelley*

                                       Brendan Kelley