UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:  20-CR-10012-IT |
| ) | |
| PAUL BATEMAN, ) | |
|         Defendant. ) | |
| ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING RESPONSE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to enlarge the filing deadline for its response to the defendant's Motion to Compel Discovery. As reason therefor, the government states that the current filing date is June 7, 2021; no hearing has yet been scheduled on the matter before Magistrate Judge Hennessy. Based on the caseload of the undersigned (which, over the past two weeks, has included briefing and preparation for three sentencing hearings, briefing in connection with an upcoming trial, and assisting other AUSAs in preparation for a motion to suppress and an appellate argument), the government would benefit from additional time to complete its response to the instant motion. The government seeks to extend the deadline by one week, to June 14, 2021. Counsel for the defendant assents to this request.

                                                         Respectfully submitted,

                                                         NATHANIEL R. MENDELL
                                                         Acting United States Attorney

                                  By:    */s/ Anne Paruti*_____
                                                Anne Paruti
June 7, 2021                              Mackenzie Queenin
                                                Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I, Anne Paruti, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Anne Paruti
      Assistant United States Attorney

Dated: June 7, 2021