# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No: 20-CR-10012-IT |
| | ) |
| PAUL BATEMAN, | ) |
| Defendant. | ) |

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of excludable delay, the Court finds as follows:

1. The government has filed an assented-to motion for excludable delay requesting that the time between July 21, 2021 through November 12, 2021, the date by which any motion to suppress must be filed, be excluded under the Speedy Trial Act.

2. Following this Court's denial of the defendant's Motion to Compel Discovery, a status conference was held on August 12, 2021, at which time the defendant indicated that he may file a motion to suppress evidence obtained by search warrant. The Court scheduled an October 16, 2021 deadline for such filing, and the government requested that the above-referenced time period be excluded under the Speedy Trial Act. The defendant, through his counsel, assented to this request. The defendant subsequently sought to enlarge the filing deadline until November 12, 2021, and agreed to exclude the time until that date. As of this date, there have been no periods of non-excludable delay.

4. I find that the ends of justice served by granting the joint motion for excludable delay outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §316l(h)(7)(A).

Accordingly, the Court hereby grants the parties' joint motion and ORDERS that the period from July 21, 2021 through and including November 12, 2021 is excluded from the speedy trial clock.

*/s/ Indira Talwani*
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

Dated: 9/21/2021