UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v.      )<br>)<br>PAUL BATEMAN )<br>) | DOCKET NO.: 1:20-CR-10012 |

NOTICE OF APPEARANCE

Assistant Federal Public Defender Sandra Gant hereby files her appearance for the defendant, Paul Bateman, in the above-named matter.

Respectfully submitted,

*/s/ Sandra Gant*
Sandra Gant
BBO #: 680122
Federal Defender Office
**Temporary Mailing Address:**
P.O. Box 51268
Boston, MA 02205
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 27, 2021.

 */s/ Sandra Gant*
Sandra Gant