UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *  Criminal Action No. 1:20-cr-10012-IT |
| | * |
| PAUL BATEMAN, | * |
| | * |
| Defendant. | * |

ORDER ON EXCLUDABLE DELAY

November 23, 2021

TALWANI, D.J.

On November 4, 2021, Defendant Paul Bateman filed, and the court granted, an Assented-To Motion to Enlarge Time for Filing of Motions [#97], seeking an extension until December 27, 2021, to file a motion to suppress. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court may exclude "any period of delay resulting from a continuance" where the ends of justice served in the delay outweigh the best interests of the public and the defendant in a speedy trial. The court so finds, where the delay through December 27, 2021, will allow Bateman's counsel the time necessary to file a motion to suppress.

The court previously excluded the time through November 12, 2021. Order [#95]. Accordingly, the court hereby ORDERS that the period from November 12, 2021, to December 27, 2021, be excluded from the Speedy Trial Act calculation of time within which a trial must begin.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge