UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL BATEMAN )<br>) | DOCKET NO.: 20-cr-10012-IT |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Paul Bateman, the Defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Caitlin Jones*
Caitlin Jones
MN Bar #: 0397519
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2021.

*/s/ Caitlin Jones*
Caitlin Jones