# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>PAUL BATEMAN, )<br>        Defendant. )<br>_____) | Criminal No:  20-CR-10012-IT |

## ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING RESPONSE

Now comes the government and respectfully moves this Court to enlarge the filing deadline for its response to the defendant's Motion to Suppress.  As reason therefor, the government states that the undersigned miscalendared the filing date for its response to the defendant's motion, and did not realize the oversight until this date.  The government, with apologies to the Court, respectfully requests that it be permitted to file its response on Tuesday, January 18, 2022.  Hearing has not yet been scheduled on the motion.  Counsel for the defendant assents to this request.

                    Respectfully submitted,

                    RACHAEL S. ROLLINS
                    United States Attorney

        By:    */s/ Anne Paruti*_____
                 Anne Paruti
January 12, 2021                Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I, Anne Paruti, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                          /s/ *Anne Paruti*
                                                          Assistant United States Attorney

Dated: January 12, 2022