UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:  20-CR-10012-IT |
| ) | |
| PAUL BATEMAN, ) | |
| Defendant. ) | |
| ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING RESPONSE**

Now comes the government and respectfully moves this Court for a short amount of additional time within which to file its response to the defendant's Motion to Suppress. As reason therefor, the government states that, since the filing of its motion last week (Doc. 107), a close family member of the undersigned AUSA was hospitalized, which required the unexpected attention of undersigned counsel to personal matters. The government respectfully requests that it be permitted to file its response no later than Monday, January 24, 2022. Hearing has not yet been scheduled on the motion. Counsel for the defendant assents to this request.

                                                           Respectfully submitted,

                                                           RACHAEL S. ROLLINS
                                                           United States Attorney

                                         By:    */s/ Anne Paruti*
                                                       Anne Paruti
January 17, 2021                                 Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I, Anne Paruti, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    /s/ Anne Paruti
                                                   Assistant United States Attorney

Dated: January 17, 2022