UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>PAUL BATEMAN     ) | Dkt No.:  20-cr-10012-IT |

### ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

Defendant, Paul Bateman, respectfully requests leave of this Court to file a reply to the Government's Opposition to the Defendant's Motion to Suppress. As grounds therefor, counsel seeks to address a narrow issue raised in the government's opposition. To ensure that the matter is fully briefed in advance of any hearing or the court's decision, counsel for Mr. Bateman respectfully requests permission to file a reply. Undersigned counsel conferred with the government, through Assistant United States Attorney Anne Paruti, and understands that the government does not object to the defendant filing a reply to the government's opposition. Counsel requests that she be permitted to file the defendant's Reply on February 3, 2022.

Respectfully submitted,

PAUL BATEMAN
By His Attorney,

Dated: 1/26/22

*/s/ Sandra Gant*
Sandra Gant
BBO # 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2022.

                                      */s/ Sandra Gant*
                                      Sandra Gant