# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 20-cr-10012-IT |
| | ) |
| PAUL BATEMAN | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney hereby withdraws for the government. The undersigned Assistant U.S. Attorney states that Assistant U.S. Attorney Anne Paruti will continue to represent the United States in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: April 1, 2022      By:   */s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 1, 2022      By:   */s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant United States Attorney