UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *   Criminal Action No. 1:20-cr-10012-IT |
| | * |
| PAUL BATEMAN, | * |
| | * |
| Defendant. | * |

ORDER ON EXCLUDABLE DELAY

April 15, 2022

TALWANI, D.J.

On April 4, 2022, the government, with Defendant Paul Bateman's assent, filed a Motion to Continue Status Conference [Doc. No. 120], requesting that the status conference set for April 6, 2022, be rescheduled for April 11, 2022. The parties also jointly moved to exclude the time period from March 31, 2022 through April 11, 2022 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the Bateman required additional time to confer with his counsel and the government about the next steps in this case.

At the rescheduling status conference on April 11, 2022, Bateman's counsel stated that she intended to file a motion for reconsideration of the court's Memorandum and Order [Doc. No. 117] denying Bateman's Motion to Suppress Evidence [Doc. No. 106] by April 25, 2022. The parties agreed to exclusion of the time through April 25, 2022, to allow Bateman's counsel the time necessary to file the motion.

Time was previously excluded through December 27, 2021, see Order [Doc. No. 99], and through the pendency of Bateman's Motion to Suppress Evidence [Doc. No. 106] until March 31, 2022. Accordingly, the court hereby orders that the period from March 31, 2022, through

April 25, 2022, be excluded from the Speedy Trial Act calculation of time within which a trial must begin.

    IT IS SO ORDERED.

April 15, 2022                                                                    /s/ Indira Talwani
                                                                                   United States District Judge