**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 20-cr-10012-IT |
| | ) | |
| v. | ) | |
| | ) | *LEAVE TO FILE UNDER SEAL* |
| | ) | *GRANTED ON 4/26/22* |
| PAUL BATEMAN | ) | |

**DEFENDANT'S MOTION TO RECONSIDER THE COURT'S ORDERS DENYING**
**DEFENDANT'S MOTION TO SUPPRESS AND MOTION TO COMPEL**

EXHIBIT 7