**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 20-cr-10012-IT |
| v. ) | |
| ) | |
| PAUL BATEMAN ) | |

**DEFENDANT'S MOTION TO RECONSIDER THE COURT'S ORDERS DENYING**
**DEFENDANT'S MOTION TO SUPPRESS AND MOTION TO COMPEL**

EXHIBIT 9:

FBI Documents
January, 2017

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   01/24/2017

Preliminary investigation of a TOR Hidden Service known as [redacted] b6 -1
[redacted] was conducted by SA [redacted]   b7A -1
b7C -1
b7E -4,5

[redacted]   b7A -1
b7E -4,5

[redacted]   b7A -1
b7E -4,5

*18 (twinks) and younger*

[redacted]   b7A -1
b7E -4,5

[redacted]   b7A -1
b7E -4,5

[redacted]   b7A -1
b7E -4,5

[redacted]   b7A -1
b7E -4,5

b7E -5

Investigation on 01/13/2017 at [redacted] United States (In Person)   b6 -1
b7C -1
b7E -5

File # [redacted]   Date drafted 01/17/2017

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(21-cv-1130)-503

FD-340 (Rev. 4-11-03)

**File Number** _____

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** __4__

**Date Received** __1/13/2017__

**From** __SA__ ▯ _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

**By** __SA__ ▯ _____

To Be Returned ☐ Yes  ☒ No
Receipt Given ☐ Yes  ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
              ☐ Yes  ☒ No
Federal Taxpayer Information (FTI)
              ☐ Yes  ☒ No

**Title:**

**Reference:** __Preliminary Investigation of__ _____
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of
__1x CD containing screenshots__
__Warning: Obscene Material__

OBSCENE MAI_____

b7E -5

b6 -1
b7C -1

b6 -1
b7C -1

b7E -4

FBI(21-cv-1130)-1661