UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 20-cr-10012-IT |
| ) | |
| v. ) | |
| ) | ***LEAVE TO FILE UNDER SEAL*** |
| ) | ***GRANTED ON 4/26/22*** |
| PAUL BATEMAN ) | |

**DEFENDANT'S MOTION TO RECONSIDER THE COURT'S ORDERS DENYING DEFENDANT'S MOTION TO SUPPRESS AND MOTION TO COMPEL**

EXHIBIT 10