PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

Paul Bateman                    Docket No. 0101 1:20CR10012

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Paul Bateman , who was placed under pretrial release supervision by the Honorable David Hennessy, on 12/19/2019 under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Continue or actively seek employment. Allow U.S. Probation and Pretrial Services to verify notification was completed. Employment is prohibited in IT or any employment that has unsupervised contact with any under 18.
3. Maintain residence at parent's home and do not move without prior permission of U.S. Probation and Pretrial Services.
4. Travel is restricted to the District of Massachusetts.
5. Do not obtain a passport or any other travel document while this case is pending.
6. Refrain from possessing any firearm, destructive device, or other dangerous weapon.
7. Refrain from the excessive use of alcohol.
8. Avoid all contact, directly or indirectly, with any person who is or may be a victim or potential witness in the investigation or prosecution, including, but not limited to: to be provided by the government.
9. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21;802, unless prescribed by a licensed medical practitioner.
10. Do not possess pornographic materials of any kinds, including pictures, photographs, books, writings, drawings, videos, or video games.
11. Do not have any direct or indirect unsupervised contact with anyone under the age of 18 and do not frequent or loiter in any place where children under the age of 18 are likely to congregate, including schools, parks, playgrounds, libraries, fast food restaurants, etc.
12. Do not access the internet unless authorized by U.S. Probation and Pretrial Services. Do not possess any computer or other device capable of connecting to the internet, including any tablet, cell phone, or gaming console. All computers and other devices capable of accessing the internet in the residence must be password protected and the defendant shall not have access to said password. Family members' laptops, iPads, and cellular telephones must be removed from the residence when they are not home.
13. Defendant shall be subject to Home Detention via Location Monitoring and is restricted to the residence at all times except at pre-approved by U.S. Probation and Pretrial Services for court purposes, meetings with counsel, medical and/or mental health treatment,

religious services, employment, or other pre-approved activities. The defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of any location monitoring equipment.

14. The defendant shall be required to pay for, or contribute to the cost of, the imposed monitoring and/or treatment services conditions, based on an ability to pay. In the case of treatment services, third party payment may be used, if available.

15. Report any contact with law enforcement within 24 hours.

16. Obey all statutory conditions of release.

And respectfully seeks action by the Court and for cause as follows:

On July 4, 2022, at approximately 7:13 p.m., the undersigned officer received a call from the defendant's wife to report that the defendant had just strangled her and she wanted him out of the house. The undersigned officer encouraged her to contact 911 if she felt unsafe. She confirmed that she would do so. At approximately 7:35 p.m., the undersigned officer received a call from the defendant to report that the police came to the residence following an altercation with him and his wife and that she was arrested.

A review of a Bridgewater Police Department report reflects that on July 4, 2022, at approximately 7:15 p.m., police reported to the defendant's home for a report of a domestic disturbance. Both the defendant and his wife appeared to be intoxicated. Officers spoke with Mrs. Bateman, who reported that she slapped the defendant across his face during an argument. She reported that he proceeded to choke her. The defendant reported that his wife slapped him, and he defended himself by pushing her away. He further advised that he knew she was calling the police, so he went outside to wait for their arrival.

Officers determined that Mrs. Bateman was the primary aggressor and arrested her for Domestic Assault & Battery. The defendant will be summonsed for Domestic Assault & Battery.

On July 7, 2022, the undersigned officer met with the defendant to discuss the incident at hand. The defendant reported that on July 4, 2022, he and his wife were consuming alcohol and got into a heated argument. He denied strangling his wife but admitted that he tried restraining her so that she would not continue to hit him. He denied having an alcohol problem and indicated that it was an isolated incident. He reported that both he and his wife are both embarrassed about the situation as they have never had any issues like this. On the same day, the undersigned officer spoke with Ms. Bateman, who agreed this was an isolated incident. She advised that they were over served and under fed and the frustrations about this pending criminal matter came to ahead. Mrs. Bateman advised that neither of them will pursue legal matters pertaining to the domestic assault and she is no way fearful of the defendant.

At this time, the Probation Office does not seek any Court action. We ask that the state matter remain in state court. The Probation Office will keep the Court informed of any further noncompliance.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐     Issue a warrant.
☐     Issue a summons for the defendant to appear for a show cause hearing.
☒     Other: No Court action at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  7/11/2022          Place: Taunton, Massachusetts

/s/ Marlenny Ramdehal          Date:  7/11/2022

Marlenny Ramdehal
Sr. U.S. Probation Officer

## ORDER OF COURT

☐     Warrant to issue.
☐     Summons to issue. Clerk to schedule show cause hearing.
☐     Other:

Considered and ordered this _____ day of _____, 2022, and ordered filed and made part of the record in the above case.

_____
Honorable Indira Talwani
U.S. District Judge