UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.: 20-cr-10012-IT |
| v. ) | |
| ) | |
| PAUL BATEMAN ) | |

**ASSENTED-TO MOTION TO FILE DISCOVERY LETTER UNDER SEAL**

Now comes the defendant Paul Bateman and requests that the Court allow the defendant to file his discovery letter submitted to the government on this date, under seal.

In support of this motion, the defendant states that his request is consistent with ¶5 of the protective order approved by Magistrate Hennessey in this case on February 25, 2020. [Dkt. 20]. Pursuant to the Local Rules, undersigned counsel conferred with Assistant United States Attorney Anne Paruti and understands that the government assents to the relief requested in this motion.

Respectfully submitted,
PAUL BATEMAN,

By his Attorney,

*/s/ Sandra Gant*
Sandra Gant
B.B.O.: 680122
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 4, 2023.

                                                  */s/ Sandra Gant*
                                                  Sandra Gant