UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 20-CR-10012-IT |
| ) | |
| PAUL BATEMAN, ) | |
| Defendant. ) | |

**ORDER OF EXCLUDABLE DELAY**

Upon consideration of the parties' joint motion seeking an order of excludable delay, the Court finds as follows:

1. The parties have filed a motion for excludable delay requesting that the time between April 26, 2022 through November 16, 2022, the time frame related to the filing, hearing, and disposition of pretrial motions, be excluded under 18 U.S.C. § 3161(h)(1)(D); and November 17, 2022 through November 13, 2023 be excluded under 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

2. At a status conference on May 11, 2023, the government requested that the above-referenced time period be excluded under the Speedy Trial Act. The defendant, through his counsel, assented to this request. As of this date, there have been no periods of non-excludable delay.

3. The parties have indicated that they are in the process of exchanging discovery letters related to information that has come to light through the litigation of other cases. At the conclusion of the hearing, the Court scheduled a trial for November 13, 2023.

4. I find that the time period from April 26, 2022 through and including November 13, 2023 is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) as the time frame related to the

filing, hearing, and disposition of pretrial motions, and that the ends of justice served by granting the joint motion for excludable delay from November 16, 2022 through November 13, 2023 outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §316l(h)(7)(A).

    Accordingly, the Court hereby grants the parties' joint motion and ORDERS that the period from April 26, 2022 through and including November 13, 2023 is excluded from the speedy trial clock.

_____
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

Dated: _____