UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES * | |
| * | |
| v. * | Criminal Action No. 1:20-cr-10012-IT |
| * | |
| PAUL BATEMAN, * | |
| * | |
| Defendant. * | |

ORDER ON EXCLUDABLE DELAY

May 12, 2023

TALWANI, D.J.

At a status conference held on April 11, 2022, Defendant Paul Bateman's counsel stated that she intended to file a motion for reconsideration by April 25, 2022, and the court granted the parties' joint request to exclude time through that date to allow Bateman's counsel to file the motion. See Order [Doc. No. 123]. Bateman filed the Motion for Reconsideration [Doc. No. 126] on April 26, 2022, which the court denied on November 16, 2022. See Mem. & Order [Doc. No. 130]. At a status conference held on May 11, 2023, the parties stated that they continued to discuss the exchange of discovery and jointly requested a trial date, which was scheduled for November 13, 2023. See Elec. Clerk's Notes [Doc. No. 139]

Time was previously excluded through April 25, 2022, see Orders [Doc. Nos. 99, 123]. The Government, with the assent of Defendant, now moves to exclude time through November 13, 2023. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court is permitted to exclude "any period of delay resulting from a continuance" where the ends of justice served in the delay outweigh the best interests of the public and the Defendant in a speedy trial. The court so finds, where the delay through November 13, 2023, will allow the government and Defendant to finalize outstanding issues and prepare for trial.

Accordingly, the court hereby orders that the period from April 25, 2022, through November 13, 2023, be excluded from the Speedy Trial Act calculation of time within which a trial must begin.

IT IS SO ORDERED.

May 12, 2022                                                                   /s/ Indira Talwani
                                                                               United States District Judge