# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:21-cv-1291-SDM-AEP | DATE: | January 26, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **DANIELLE SMITH**<br>　　　　　　**Plaintiff**<br>v. | | **PLAINTIFF COUNSEL**<br>Mark Zaid | |
| **UNITED STATES DEPARTMENT OF JUSTICE**<br>　　　　　　**Defendant** | | **DEFENDANT COUNSEL**<br>No appearance | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 3:05 to 3:11   **TOTAL:** 6 minutes | | **COURTROOM:** | 10A |

**PROCEEDINGS** – STATUS CONFERENCE – ZOOM

AUSA Mr. Stegeby did not appear for the hearing.   Emily Prestopnik (FBI) is on the hearing.

Show cause order to be entered scheduling an in person hearing on 2/8/2024 at 3:00 pm.