UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL BATEMAN, )<br>)<br>Defendant ) | CRIMINAL NO. 20-CR-10012-IT |

GOVERNMENT'S MOTION FOR LEAVE TO FILE VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the government to file Victim Impact Statements and restitution materials under seal. The government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victims' privacy interests outweigh the public's interest in free access to the documents. Counsel for the defendant assents to this request.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Anne Paruti_____
Anne Paruti
Assistant United States Attorneys

Date: May 15, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| Dated: May 15, 2024 | /s/ Anne Paruti<br>Assistant United States Attorney |