04/03/2024

Your Honor,

I am writing this letter in support of my brother, Paul Bateman, who is facing sentencing in your court. I understand the gravity of the situation, and I appreciate the opportunity to provide insight into his character.

I have known my brother for over 40 years, and throughout this time, I have witnessed firsthand his positive qualities and contributions to our family.  He has always been hard working and helpful to my family and our aging parents.  Growing up he was always there for advice and or help without any question or judgment. My brother has always been a source of support and help to my parents, especially my mother.  Furthermore, my brother has been a hardworking employee, taking pride in his work and strives to excel in everything he does.

Even though I am disappointed in my brothers' actions.  I firmly believe that my brother is genuinely remorseful for his actions and is committed to making amends and rebuilding his life. He understands the consequences of his choices.  From speaking with him, he has stated he is determined to learn from this experience and become a better person and productive member of society.

I respectfully ask the court to consider my brother's character and his potential for rehabilitation when determining an appropriate sentence. I am confident that with the support of his family, he can overcome this, and emerge as a productive member of society once again.

Thank you for considering my input. If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*[signature]*

John Bateman