UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-cr-10012-IT |
| | ) | |
| | ) | |
| PAUL BATEMAN | ) | |

**ASSENTED-TO MOTION TO RETURN BOND TO SURETY**

Now comes Paul Bateman and moves this Honorable Court to return the $10,000.00 secured bond to the surety, as Mr. Bateman has been sentenced and remanded to custody. See D.E. # 7 (Appearance Bond); # 162 (Judgment).

In support thereof, after a detention hearing held on December 19, 2019, Mr. Bateman was released on numerous conditions of release pursuant to an appearance bond in the amount of $50,000, with $10,000 deposited in cash with the court. *See* D.E. # 7, 9. The secured bond was posted in December 2019 by Mr. Bateman's father, Paul Bateman, Sr. D.E. # 10. Throughout the pendency of pretrial release and his continued release pending sentencing, Mr. Bateman fully complied with all conditions of release. PSR ¶ 5. He pleaded guilty on November 6, 2023, and was sentenced to a term of 72 months on May 22, 2024. D.E. # 146, 161-62. He was remanded to the custody of the U.S. Marshals on that date. D.E. # 161. He now seeks the return of the bond to the surety, his father, as he has been sentenced and is no longer subject to supervision on conditions of release.

Pursuant to Local Rule 7.1, undersigned counsel has conferred with the government and understands that the government assents to this motion and the return of the bond to the surety.

1

                                                    Respectfully submitted,

                                                    PAUL BATEMAN
                                                    by his attorney

                                                    */s/ Sandra Gant*
                                                  Sandra Gant, BBO # 680122
                                                  Federal Public Defender Office
                                                  51 Sleeper Street, 5th Floor
                                                  Boston, MA 02210
                                                  Tel: 617-223-8061
                                                  Sandra_gant@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2024.

                                                  */s/ Sandra Gant*
                                                  Sandra Gant