UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )         1:20-cr-10012-IT
                                    )
                                    )
                                    )
PAUL BATEMAN                        )

*Allowed. [signature] Indira Talwani U.S.D.J.*

## ASSENTED-TO MOTION TO RETURN BOND TO SURETY

Now comes Paul Bateman and moves this Honorable Court to return the $10,000.00 secured bond to the surety, as Mr. Bateman has been sentenced and remanded to custody. See D.E. # 7 (Appearance Bond); # 162 (Judgment).

In support thereof, after a detention hearing held on December 19, 2019, Mr. Bateman was released on numerous conditions of release pursuant to an appearance bond in the amount of $50,000, with $10,000 deposited in cash with the court. *See* D.E. # 7, 9.  The secured bond was posted in December 2019 by Mr. Bateman's father, Paul Bateman, Sr. D.E. # 10. Throughout the pendency of pretrial release and his continued release pending sentencing, Mr. Bateman fully complied with all conditions of release. PSR ¶ 5. He pleaded guilty on November 6, 2023, and was sentenced to a term of 72 months on May 22, 2024. D.E. # 146, 161-62. He was remanded to the custody of the U.S. Marshals on that date. D.E. # 161. He now seeks the return of the bond to the surety, his father, as he has been sentenced and is no longer subject to supervision on conditions of release.

Pursuant to Local Rule 7.1, undersigned counsel has conferred with the government and understands that the government assents to this motion and the return of the bond to the surety.

1